UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSE CALVIN GILBERT,<br><br>                              Petitioner,<br>         v.<br><br>HENLEY, *et al*.,<br>                              Respondents. | Case No. 3:24-cv-00245-MMD-CLB<br><br>ORDER |

Jesse Calvin Gilbert submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1, 4.) Based on current information about Petitioner's financial status, including any additional information he may have provided, the Court finds that he is able to pay the full fee under 28 U.S.C. § 1915.

It is therefore ordered that Petitioner's motion for leave to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner has 30 days from the date of this order to have the $5.00 filing fee sent to the Clerk of Court. Failure to pay the filing fee within 30 days may result in the dismissal of this action without prejudice and without further prior notice.

The Clerk of Court is further directed to retain the petition for writ of habeas corpus (ECF No. 1-1) but not file it at this time.

DATED THIS 15th Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE