UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSIE CALVIN GILBERT,<br>　　　　　　　　　Petitioner,<br>　v.<br>HENLEY, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:24-cv-00245-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file a response to Jessie Calvin Gilbert's 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 17.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' motion for extension of time to file a response to the petition (ECF No. 17) is granted *nunc pro tunc*. The deadline to respond is extended to March 13, 2025.

DATED THIS 28th Day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE