UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JESSIE CALVIN GILBERT, | Case No. 3:24-cv-00245-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HENLEY, *et al.*, | |
| Respondents. | |

The Court screened Jessie Calvin Gilbert's *pro se* 28 U.S.C. § 2254 petition for a writ of habeas corpus and directed that it be served on Respondents. (ECF No. 7.) That order was served on Gilbert at his address of record but was returned with the notation undeliverable. (ECF No. 10.) In the meantime, the Court has granted Respondents extensions of time to respond to the petition, and those have also been returned as undeliverable. (ECF Nos. 16, 19.) Under the Local Rules, a *pro se* party must immediately file with the Court written notification of any change of mailing address or email address. *See* LR IA 3-1. Accordingly, Gilbert has 30 days to file a notice of change of address. Failure to file the change of address will result in the dismissal of this action without prejudice and without further prior notice.

It is therefore ordered that Petitioner has 30 days from the date of this order to file a notice of change of address. Failure to update his address will result in dismissal of this action without prejudice.

DATED THIS 7th Day of March 2025.

---------------------------------------------
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE